Opinion filed September 13,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00147-CR

                                                    __________

 

                          JAMES
WILLIAM ROBERSON, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 106th District Court

                                                            Gaines
County, Texas

                                                    Trial
Court Cause No. 08-3856

 



 

                                            M
E M O R A N D U M    O P I N I O N

            James
William Roberson has filed in this court a motion to dismiss his appeal. 
Pursuant to Tex. R. App. P. 42.2, the
motion is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM                                   

September 13,
2012

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel[1]
consists of: Wright, C.J.,

McCall, J., and Hill.[2]









                [1]Eric Kalenak, Justice, resigned effective September 3,
2012.  The justice position is vacant pending appointment of a successor by the
governor or until the next general election.

 





                [2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd
District of Texas at Fort Worth, sitting by assignment.